1  JAMES DAL BON
2  LAW OFFICES OF JAMES DAL BON
   28 NORTH 1ST STREET SUITE 210
3  SAN JOSE, CA 95113
   (408)297-4729
4
5  ATTORNEY FOR PLAINTIFFS
6
7                    UNITED STATES DISTRICT COURT
8                 FOR DISTRICT OF NORTHERN CALIFORNIA
9                         SAN JOSE DIVISION
10

| | |
|---|---|
| Carbajal et al | CASE NO. 08-cv-01611-PVT |
| vs | MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Dobkins et al | 7/15/08 |
| | 2:00pm |

19   1. Plaintiffs by and through their counsel of record, hereby moves that the Case Management Conference be continued for the following good cause:

21   2. Plaintiffs have not served the complaint.

22   3. Plaintiffs plan on amending the complaint to add more plaintiffs and another cause of action then serve the amended complaint within the next ten days.

24   4. Plaintiffs move that the Case Management Conference be reset for August 18, 2008 at 2:00pm.

Request for Continuance

PAGE 1

1
2   Dated: 7/10/08                                   By:_____
3                                                         James Dal Bon
                                                          Attorney for Plaintiffs
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Request for Continuance
28

1  Dated:

3  It is so ordered.

   _____

7  Honorable District Court Judge Patricia V. Trumbull

27 Request for Continuance