**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR CARBAJAL, ET AL., | C 08-1611 PVT |
| *Plaintiff(s),* | |
| | **CLERK'S NOTICE RESCHEDULING** |
| | **CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ROBIE DOBKINS, ET AL., | |
| *Defendant(s).* | |

Please take notice that the Case Management Conference previously scheduled for July 15, 2008 has been rescheduled for **August 19, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**   Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: July 11, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK