AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VICTOR CARBAJAL, ROLANDO HERNANDEZ, ISRAEL LOPEZ, FRANCISCO PLANCARTE, JESUS PLANCARTE, ANTONIO RUIZ, JOSE VALDEZ, VICTOR VELAZQUEZ AND DOES 1-10

V.

ROBIE H DOBKINS dba PLUMBERS ON CALL INC., GRANT J HALLSTROM dba AMERICA'S COPPER REPIPE SPECIALIST INC., dba REPIPE SPECIALIST INC. AND DOES 1-10

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08 01611 PVT**

TO:

ROBIE H DOBKINS dba PLUMBERS ON CALL INC., GRANT J HALLSTROM dba AMERICA'S COPPER REPIPE SPECIALIST INC., dba REPIPE SPECIALIST INC. AND DOES 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

James Dal Bon
Law Offices of James Dal Bon
28 North 1st Street 210
(408)297-4729
Fax: 408-297-4728

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING        MAR 2 5 2008
CLERK                     DATE

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK