JAMES DAL BON

JAMES DAL BON, ESQ. (SBN 157942)
LAW OFFICES OF JAMES DAL BON
28 North 1st, Suite 210
San Jose, CA 95113
Phone: 408.297.4729
Fax:    408.297.4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CARBAJAL ET AL, | Case No 08-01611 PVT |
| Plaintiffs, | PLAINTIFF'S CASE MANAGEMENT STATEMENT |
| vs. | |
| | Date:  August 19, 2008 |
| | Time:  2:00 p.m. |
| PLUMBERS ON CALL ET AL | |
| Defendants. | |

1. <u>Jurisdiction and Service.</u>

    a.    Basis for Court's subject matter jurisdiction over Plaintiff's claims: Fair Labor Standards Act

Plaintiff's CMC Statement - 1

b.    Whether any issues exist regarding personal jurisdiction or venue:  No.

c.    Whether any parties remained to be served:  No; all parties have been served.

2.    Facts.

Plaintiffs' Statement:  Plaintiffs were employed by Defendants Plumbers On Call Inc, Repipe Specialists Inc  and Robie Dobkins as plumbers.  Plaintiffs claim that the aforementioned Defendants failed to pay them overtime wages under federal and state law.  On March 25, 2008 Plaintiffs filed a complaint against the aforementioned Defendants and against Grant Hallstrom and America's Copper Repipe Specialist, Inc., Plaintiffs subsequently amended the complaint and served all of the Defendants.  On July 29, 2008 Plaintiffs received a letter from Charles Greene Esq. stating that Defendants Robie Dobkins and Plumbers on Call Inc., had filed Chapter 7 bankruptcy.  Additionally Plaintiffs discovered that Grant Hallstrom and America's Copper Repipe Specialists were not the true names of their employers.  Finally the owner of Defendant Repipe Specialists Inc.  wrote a letter to Plaintiff's counsel claiming that his company did not employ the plaintiffs.

Plaintiff will dismiss the case against Defendant  Hallstrom and America's Copper Repipe Specialist.   The Plaintiffs recognize that the filing of the bankruptcy petition stays any action against the Defendants Robie Dobkins and Plumbers On Call Inc.

However Plaintiff will not dismiss Defendant Repipe Specialists.  The Plaintiff will write a letter today, clearly stating that he will not dismiss Defendant Repipe Specialist from the complaint and giving him another ten days to file an answer or default will be filed.

Plaintiff respectfully suggests that the Case Management Conference scheduled for tomorrow be rescheduled in another twenty days to give the Defendant Repipes Specialist a longer opportunity to respond.

DATED:  August 18, 2008                LAW OFFICES OF JAMES DAL BON

                                       By:_____/s/ JAMES DAL BON_____