**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VICTOR CARBAJAL, ET AL.,                    C 08-1611 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

*vs.*

ROBIE DOBKINS, ET AL.,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for August 19, 2008 has been rescheduled for **September 23, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: August 19, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK